804

No. 72–1735.  INSURANCE COMPANY OF NORTH AMERICA *v.* MONTGOMERY, DIRECTOR, FINANCIAL INSTITUTIONS OF ILLINOIS.  Appeal from App. Ct. Ill., 4th Dist., dismissed for want of substantial federal question.

No. 72–6984.  GERARD *v.* WISCONSIN.  Appeal from Sup. Ct. Wis. dismissed for want of substantial federal question.

No. 73–5.  SIMANCO, INC. *v.* WISCONSIN DEPARTMENT OF REVENUE.  Appeal from Sup. Ct. Wis. dismissed for want of substantial federal question.

No. 73–123.  CALIFORNIA *v.* JONES ET AL.  Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of substantial federal question.

No. 73–148.  SHAPIRO *v.* CITY OF NEW YORK ET AL.  Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 72–1682.  SHELOFSKY ET AL. *v.* HELSBY ET AL.  Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.  MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 72–6413.  NUTTALL *v.* DEPARTMENT OF SOCIAL WELFARE OF CALIFORNIA ET AL.  Appeal from Ct. App. Cal., 1st App. Dist.  Motion to defer consideration denied.  Appeal dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.